1  Kim O. Dincel, Esq. (SBN 131563)
   LONG & LEVIT LLP
2  465 California Street, Suite 500
   San Francisco, CA 94104
3  TEL: (415) 397-2222   FAX: (415) 397-6392

4  JUDD BURSTEIN, P.C.
   Judd Burstein (pending admission *pro hac vice*) E-filing
5  1790 Broadway, Suite 1501
   New York, New York 10019
6  TEL: (212) 974-2400   FAX: (212) 974-2944

7  *Attorneys for Plaintiff*

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA        BZ
10
                        SAN FRANCISCO DIVISION
11

SHANE D. MOSLEY, SR,              CASE No.  1777

Plaintiff,                        **CERTIFICATION OF INTERESTED
                                  ENTITIES OR PERSONS**

vs.

VICTOR CONTE,

Defendant.

17  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
18  named parties, there is no such interest to report.

19  Dated: April 2, 2008                      LONG & LEVIT LLP

21                                     By  _____
                                           Kim O. Dincel, Esq. (SBN 131563)
22                                         465 California Street 5th Floor
                                           San Francisco, California 94104
23                                         Tel: (415) 397-2222

24                                         JUDD BURSTEIN, P.C.
                                           1790 Broadway, Suite 1501
25                                         New York, New York 10019
                                           Tel: (212) 974-2400

                                           *Attorneys for Plaintiff*

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   Case No.