Jeremy Attie
JUDD BURSTEIN, PC
1790 Broadway, Suite 1501
New York, NY 10019
TEL: (212) 974-2400

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shane D. Mosley, Sr.,<br><br>  Plaintiff,<br><br>  vs.<br><br>Victor Conte,<br><br>  Defendant. | CASE No. CV081777<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br><br>Action Filed:   No Date Set |

Jeremy Attie, an active member in good standing of the bar of the Southern and Eastern Districts of New York, whose business address and telephone number is: Judd Burstein PC, 1790 Broadway, Suite 1501, New York, New York, 10019, (212) 974-2400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Shane D. Mosley, Sr.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION (No. CV081777)

1 | Dated: April 7, 2008

_____
United States Magistrate Judge

**IT IS SO ORDERED**
*Bernard Zimmerman*
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCS\S0117-001\547312.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

[PROPOSED] ORDER GRANTING PRO HAC VICE
APPLICATION (No. CV081777)