# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SHANE D. MOSLEY, SR.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 08 1777 BZ

VICTOR CONTE

TO: (Name and address of defendant)
Victor Conte
345 California Drive 22
Burlingame, CA 94010-4114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kim O. Dincel, Esq.
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, CA 94104
T:  415.397.2222
kdincel@longlevit.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 04/03/08

(BY) DEPUTY CLERK

NDCAO440