| Clerk's Use Only<br>Initial for fee pd.: | Type name, address, phone number of applicant here<br>Judd Burstein<br>Judd Burstein, P.C., 1790 Broadway, Suite 1501<br>New York, New York 10019; (212) 974-2400 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANE D. MOSLEY, SR.,

          Plaintiff(s),

    v.

VICTOR CONTE,

          Defendant(s).

CASE NO. 008-1777

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, JUDD BURSTEIN, an active member in good standing of the bar of Court of Appeals 9th Circuit; See Exhibit A; hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Shane D. Mosley, Sr. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Kim O. Dincel, Esq.; Long & Levit LLP, 465 California Street, 5th Floor, San Francisco, California 94104; (323) 658-5444

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2008

## EXHIBIT A

### Court Admissions

Judd Burstein is a member in good standing, and eligible to practice before the following courts:

(a) United States District Court, Eastern and Southern District of New York: 1982
(b) United States District Court, Northern District of New York: 2005
(c) United States District Court, District of Connecticut: 2007
(d) United States District Court, District of Columbia: 1994
(e) United States Court of Appeals, 2nd Circuit: 1982
(f) United States Court of Appeals, 3rd Circuit: 1983
(g) United States Court of Appeals, 4th Circuit: 1986
(h) United States Court of Appeals, 6th Circuit: 1990
(i) United States Court of Appeals, 7th Circuit: 1996
(j) United States Court of Appeals, 9th Circuit: 1986
(k) United States Court of Appeals, 10th Circuit: 1998
(l) United States Supreme Court: 1998
(m) United States Tax Court: 1995