| | |
|---|---|
| 1 | Judd Burstein |
| 2 | JUDD BURSTEIN, PC<br>1790 Broadway, Suite 1501 |
| 3 | New York, NY 10019<br>TEL: (212) 974-2400 |



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Shane D. Mosley, Sr., | CASE No. CV081777 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| vs. | |
| Victor Conte, | Action Filed:    No Date Set |
| Defendant. | |

Judd Burstein, an active member in good standing of the bars of: the United States Supreme Court, the United States Tax Court, the United States Courts of Appeals for the 2nd, 3rd, 4th, 6th, 7th, 9th, and 10th Circuits, the United States District Court for the Eastern, Southern, and Northern Districts of New York, the District of Connecticut, and the District of Columbia, whose business address and telephone number is: Judd Burstein PC, 1790 Broadway, Suite 1501, New York, New York, 10019, (212) 974-2400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Shane D. Mosley, Sr.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION (No. CV081777)

1  requirements contained in General Order No. 45, *Electronic Case Filing*.

2  Dated: April __, 2008

3  _____
United States Magistrate Judge

4

5  DOCS\S0117-001\547313.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION (No. CV081777)