Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Jeremy Attie
Judd Burstein, P.C., 1790 Broadway, Suite 1501
New York, New York 10019; (212) 974-2400

FILED
08 APR -3 AM 10:48

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SHANE D. MOSLEY, SR.,

Plaintiff(s),

v.

VICTOR CONTE,

CASE NO. C08-1777BZ

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Defendant(s).          /

Pursuant to Civil L.R. 11-3, JEREMY ATTIE                , an active member in

good standing of the bar of  Southern and Eastern Districts of New York        , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Shane D. Mosley, Sr.            in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Kim O. Dincel, Esq.; Long & Levitt LLP, 465 California Street, 5th Floor,
San Francisco, California 94104; (323) 658-5444

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2008