1  Jeremy Attie
   JUDD BURSTEIN, PC
2  1790 Broadway, Suite 1501
   New York, NY 10019
3  TEL: (212) 974-2400

4  Attorneys for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | Shane D. Mosley, Sr., | CASE No. CV081777 |
|---|---|---|
| 12 | Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| 13 | vs. | |
| 14 | Victor Conte, | Action Filed:    No Date Set |
| 15 | Defendant. | |

16

17         Jeremy Attie, an active member in good standing of the bar of the Southern and

18  Eastern Districts of New York, whose business address and telephone number is: Judd Burstein

19  PC, 1790 Broadway, Suite 1501, New York, New York, 10019, (212) 974-2400, having applied

20  in the above-entitled action for admission to practice in the Northern District of California on a

21  *pro hac vice* basis, representing Shane D. Mosley, Sr.

22         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

23  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

24  *hac vice*. Service of papers upon and communication with co-counsel designated in the

25  application will constitute notice to the party. All future filings in this action are subject to the

26  requirements contained in General Order No. 45, *Electronic Case Filing*.

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

[PROPOSED] ORDER GRANTING PRO HAC VICE
APPLICATION (No. CV081777)

1  Dated: April __, 2008

2  _____
   United States Magistrate Judge

3  DOCS\S0117-001\547312.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION (No. CV081777)