JAMES M. WAGSTAFFE (95535)
IVO LABAR (203492)
HOLLY HOGAN (238714)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
VICTOR CONTE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE D. MOSLEY, SR., | Case No. C 08-01777 BZ |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| VICTOR CONTE, | |
| Defendant. | |

1       Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that Defendant Victor

2   Conte's time to respond to the Complaint, served on April 10, 2008, will be extended by thirty

3   days from April 30, 2008 to May 30, 2008.  This extension of time is without prejudice to

4   Plaintiff bringing a motion for an expedited trial, a shortening of case management deadlines or

5   any other relief the Plaintiff may seek.

DATED:  April 23, 2008              **KERR & WAGSTAFFE LLP**

By     s/                                      
                 IVO LABAR

                 Attorneys for Defendant
                 VICTOR CONTE

DATED: April 22, 2008               **LONG & LEVIT LLP**

By     s/                                        
                 KIM O. DINCEL

                 Attorneys for Plaintiff
                 SHANE D. MOSLEY, SR.
                 .

1    Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that Defendant Victor

2  Conte's time to respond to the Complaint, served on April 10, 2008, will be extended by thirty

3  days from April 30, 2008 to May 30, 2008.  This extension of time is without prejudice to

4  Plaintiff bringing a motion for an expedited trial, a shortening of case management deadlines or

5  any other relief the Plaintiff may seek.

6

7  DATED: April 23, 2008                      **KERR & WAGSTAFFE LLP**

8
                                             By
9                                               IVO LABAR

10
                                             Attorneys for Defendant
11                                           VICTOR CONTE

12
                                             **LONG & LEVIT LLP**
13  DATED: April 11, 2008

14
                                             By
15                                             KIM O. DINCEL

16                                           Attorneys for Plaintiff
17                                           SHANE D. MOSLEY, SR.

18

19

20

21

22

23

24

25

26

27

28

KERR
WAGSTAFFE
LLP

CASE NO. C 08-01777 BZ                          STIPULATION TO EXTEND TIME TO RESPOND