1 | JAMES M. WAGSTAFFE (95535)
IVO LABAR (203492)
2 | HOLLY HOGAN (238714)
**KERR & WAGSTAFFE LLP**
3 | 100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
4 | Telephone: (415) 371-8500
Fax: (415) 371-0500

6 | Attorneys for Defendant
Victor Conte

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE D. MOSLEY, SR., | Case No. C 08-01777 BZ |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| vs. | |
| VICTOR CONTE, | |
| Defendant. | |

1  REQEUST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a
3  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
4  this case to a United States District Judge.

6  DATED: April 23, 2008

7                                          **KERR & WAGSTAFFE LLP**

9                            By _____s/_____
                                 IVO LABAR

11                           Attorneys for Defendant
                             Victor Conte

Case No. C 08-01777 BZ                    1
                        REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE