LONG & LEVIT LLP
Kim O. Dincel, Esq. (SBN 131563)
465 California Street 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222 Facsimile: (415) 397-6392
E-mail kdincel@longlevit.com

JUDD BURSTEIN, P.C.
Judd Burstein (pending admission pro hac vice)
Jeremy Attie (pending admission pro hac vice)
1790 Broadway, Suite 1501
New York, New York 10019
Telephone: (212) 974-2400 Facsimile (212) 974-2944
E-mail jburstein@burlaw.com
Attorneys for Plaintiff: SHANE D. MOSLEY, SR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case #: CV 08 1777 BZ

Plaintiff: SHANE D. MOSLEY, SR.

Defendant: VICTOR CONTE

### PROOF OF SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:
1. CIVIL COVER SHEET
2. SUMMONS IN A CIVIL CASE.
3. COMPAINT FOR DAMAGES AND INJUNCTIVE RELIEF.
4. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.
5. ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.
6. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.
7. ADR

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party Served:     Victor Conte
                  716 27th Avenue
                  San Mateo, CA 94403

Date of Service:  April 10, 2008

Time of Service:  6:15 P.M.

Person who served papers:
Ronald Harris
**Quake Courier & Attorney Service**
1186 Folsom Street, #6
San Francisco, CA 94103
415-725-7051 / 415-725-7053

Fee for Service: $50.00
Registered California process server.
Owner ( )  Independent Contractor (X)
(2) Registration no: 401
(3) County: San Mateo

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 11, 2008    Signature: _____