**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

April 25, 2008

CASE NUMBER:  CV 08-01777 BZ
CASE TITLE:  SHANE D. MOSLEY SR-v-VICTOR CONTE

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/25/08

　　　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE EXECUTIVE COMMITTEE:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____Richard W. Wieking_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies　　　　　　　　Special Projects
Log Book Noted　　　　　　　　　　　　　　　Entered in Computer 4/25/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel　　　　　　　　　　　　Transferor CSA