Kim O. Dincel, Esq. (SBN 131563)
Long & Levit LLP
465 California Street 5th Floor
San Francisco, California 94104
Tel (415) 397-2222 Fax (415) 397-6392
E-mail kdincel@longlevit.com

JUDD BURSTEIN, P.C.
Judd Burstein, Esq. (admitted *pro hac vice*)
Jeremy M. Attie, Esq. (admitted *pro hac vice*)
1790 Broadway, Suite 1501
New York, New York 10019
Tel (212) 974-2400 Fax (212) 974-2944
E-mail jburstein@burlaw.com
E-mail jattie@burlaw.com

*Attorneys for Plaintiff,*
SHANE D. MOSLEY, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE D. MOSLEY, SR., | Case No. 08-Civ-1777 (JSW) |
| *Plaintiff,* | **NOTICE OF MOTION** |
| vs. | |
| VICTOR CONTE, | |
| *Defendant.* | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon the annexed: (a) Declaration of Judd Burstein, dated April 29, 2008 and the annexed Exhibits; and (b) Plaintiff's Administrative Motion to Shorten the Deadlines Set Forth in the Order Setting Initial Case Management Conference and for Expedited Discovery, Plaintiff will move this Court, before the Honorable Jeffrey S. White, U.S.D.J., in the United States Courthouse, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, on a date and time to be determined by the Court: (i) to shorten the deadlines set forth in the Order Setting Initial Case Management Conference; (ii) for leave to conduct expedited

1 | discovery prior to conferring with opposing counsel and prior to the Initial case Management
2 | Conference; with (iii) such other and further relief as this Court deems just and proper.

3 |   **PLEASE TAKE FURTHER NOTICE**, that in the event that the Court does not set a date
4 | and time for a hearing on this motion, it will be deemed submitted pursuant to the timing
5 | requirements set forth in Local Rule 7-11.

6 | Dated: San Francisco, California
    April 29, 2008

JUDD BURSTEIN, P.C.

By _____
  Judd Burstein
1790 Broadway, Suite 1501
New York, New York 10019
Tel (212) 974-2400
Fax (212) 974-2944
E-mail jburstein@burlaw.com

LONG & LEVIT LLP
Kim O. Dincel, Esq. (SBN 131563)
465 California Street 5th Floor
San Francisco, California 94104
Tel (415) 397-2222
Fax (415) 397-6392
E-mail kdincel@longlevit.com

TO: Ivo Michael Labar
   Kerr & Wagstaffe LLP
   100 Spear Street, Suite 1800
   San Francisco, CA 94105
   Tel: 415-371-8500
   Email: labar@kerrwagstaffe.com
   *Attorneys for Defendant Victor Conte*

LONG & LEVIT LLP
Kim O. Dincel, Esq. (SBN 131563)
465 California Street 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222; Facsimile: (415) 397-6392
E-mail: kdincel@longlevit.com

JUDD BURSTEIN, P.C.
Judd Burstein (admitted *pro hac vice*)
Jeremy M. Attie (admitted *pro hac vice*)
1790 Broadway, Suite 1501
New York, New York 10019
Telephone: (212) 974-2400; Facsimile (212) 974-2944
E-mail: jburstein@burlaw.com
E-mail: jattie@burlaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case #: CV 081777 (JSW)

Plaintiff:      SHANE D. MOSLEY, SR.

Defendant:    VICTOR CONTE

### PROOF OF SERVICE

At the time of service, I was at least eighteen years of age and not a party to this action. I served copies of the:

1. Declaration of Judd Burstein, Esq. In Support of Plaintiff's Administrative Motion to Shorten Deadlines in the Scheduling Order and for Expedited Discovery, dated April 29, 2008, annexing Exhibits A-F;

2. Plaintiff's Administrative Motion To Shorten The Deadlines Set Forth in the Order Setting Initial Case Management Conference and for Expedited Discovery; and

3. [Proposed] Order to Shorten The Deadlines Set Forth In The Order Setting Initial Case Management Conference and For Expedited Discovery.

in the within action by service through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JUDD BURSTEIN, P.C.

By_____
Judd Burstein (admitted *pro hac vice*)
1790 Broadway
New York, New York 10019
Tel:    (212) 974-2400
Fax:   (212) 974-2944
*Attorneys for Plaintiff*