Kim O. Dincel, Esq. (SBN 131563)
Long & Levit LLP
465 California Street 5th Floor
San Francisco, California 94104
Tel (415) 397-2222 Fax (415) 397-6392
E-mail kdincel@longlevit.com

JUDD BURSTEIN, P.C.
Judd Burstein, Esq. (admitted *pro hac vice*)
Jeremy M. Attie, Esq. (admitted *pro hac vice*)
1790 Broadway, Suite 1501
New York, New York 10019
Tel (212) 974-2400 Fax (212) 974-2944
E-mail jburstein@burlaw.com
E-mail jattie@burlaw.com

*Attorneys for Plaintiff,*
SHANE D. MOSLEY, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE D. MOSLEY, SR., <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR CONTE, <br><br> Defendant. | Case No. 08-Civ-1777 (JSW) <br><br> **[PROPOSED] ORDER TO SHORTEN THE DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR EXPEDITED DISCOVERY** |

WHEREAS, an application for an Order pursuant to L.R. 7-11 to shorten the deadlines set forth in the Order Scheduling Initial Case Management and Conference, and for concomitant leave to conduct expedited discovery, brought by Plaintiff Shane D. Mosley, Sr. ("Plaintiff" or "Mosley"), came on for hearing before this Court on May __, 2008.

WHEREAS, Judd Burstein, Esq., and Kim O. Dincel, Esq., appeared on behalf of Plaintiff, and Ivo Labar, Esq., appeared on behalf of defendant Victor Conte.

1  WHEREAS, "[d]istrict courts have an inherent power to control their dockets." *See* Local
2  Rule 7-11 and *In re Phenylpropanolamine (PPA) Production Liability Litigation*, 460 F.3d 1217,
3  1227 (9th Cir. 2006).

4  WHEREAS, as quoted in the *New York Daily News*, as of in or around September 2008,
5  Conte intends to publish on a national scale statements about Plaintiff that Plaintiff contends are
6  defamatory. (Exhibit C to the April 29, 2008 Declaration of Judd Burstein, Esq.).

7  WHEREAS, the Court has the power to prevent re-publications of statements that are
8  judicially determined to be defamatory. *See Balboa Island Village Inn, Inc. v. Lemen*, 40 Cal.4th
9  1141, 1151, 57 Cal.Rptr.3d 320, 331 (2007) ("[F]ollowing a trial at which it is determined that the
10 defendant defamed the plaintiff, the court may issue an injunction prohibiting the defendant from
11 repeating the statements determined to be defamatory...").

12 NOW, having read the motion, the points and authorities, and the declarations filed by the
13 parties, and having heard argument of counsel, and satisfactory evidence having been presented:

14 IT IS ORDERED THAT the deadlines set forth in the Order Setting Initial Case Management
15 Conference and ADR Deadlines are amended and shortened as follows: (i) May 12, 2008, as the last
16 day to meet and confer for, *inter alia*, initial disclosures, ADR process selection and set a discovery
17 plan; (ii) May 19, 2008, as the last day to file the Rule 26(f) Report, complete initial disclosures or
18 state objections in the Rule 26(f) Report and file a Case Management Statement; and (iii) May 30,
19 2008, as the date for the Initial Case Management Conference; and

1   IT IS FURTHER ORDERED THAT the parties are permitted to serve discovery demands
2 and proceed with discovery prior to the Initial Case Management Conference.
3   IT IS SO ORDERED.

5 Dated: _____, 2008

_____
Hon. Jeffrey S. White