1  JAMES M. WAGSTAFFE (95535)
   IVO LABAR (203492)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendant
   VICTOR CONTE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE D. MOSLEY, SR., | Case No. C 08-01777 JSW |
| Plaintiff, | **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO SHORTEN THE DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR EXPEDITED DISCOVERY** |
| vs. | |
| VICTOR CONTE, | |
| Defendant. | HON. JEFFREY S. WHITE |

1  Now before the Court is Plaintiff Shane Mosley's motion to shorten the deadlines set
2  forth in the Order setting initial case management conference and for expedited discovery. This
3  matter is deemed submitted without oral argument.
4  In order to obtain expedited discovery and to obtain relief from the deadlines imposed by
5  Federal Rule of Civil Procedure 26, Mosley must demonstrate good cause. <u>Semitool, Inc, Inc. v.</u>
6  <u>Tokyo Electron Am., Inc.</u>, 208 F.R..D. 273, 276 (N.D. Cal. 2002). Having carefully reviewed
7  the record, the parties' papers and the relevant legal authority, the Court finds that Plaintiff's
8  motion fails to demonstrate good cause for the relief sought. Accordingly, the Court hereby
9  **DENIES** Mosley's motion.
10
11  **IT IS SO ORDERED**.
12
13  DATED: May ___, 2008
14
15
16  _____
    HON. JEFFREY S. WHITE
17  U.S. DISTRICT COURT
18
19
20
21
22
23
24
25
26
27
28

-1-
CASE NO. C 08-01777 JSW                                          [PROPOSED] ORDER