LONG & LEVIT LLP
Kim O. Dincel, Esq. (SBN 131563)
465 California Street 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222; Facsimile: (415) 397-6392
E-mail: kdincel@longlevit.com

JUDD BURSTEIN, P.C.
Judd Burstein (admitted *pro hac vice*)
Jeremy M. Attie (admitted *pro hac vice*)
1790 Broadway, Suite 1501
New York, New York 10019
Telephone: (212) 974-2400; Facsimile (212) 974-2944
E-mail: jburstein@burlaw.com
E-mail: jattie@burlaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case #: CV 081777 (JSW)

Plaintiff:    SHANE D. MOSLEY, SR.

Defendant:    VICTOR CONTE

### PROOF OF SERVICE

At the time of service, I was at least eighteen years of age and not a party to this action. On May 5, 2008, I served copies of the following:

1. ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

2. CIVIL STANDING ORDERS

in the within action by **Regular Mail** in a post office/official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                          JUDD BURSTEIN, P.C.

By _____
      Jeremy M. Attie (admitted pro hac vice)
      1790 Broadway
      New York, New York 10019
      Tel:   (212) 974-2400
      Fax:  (212) 974-2944
      *Attorneys for Plaintiff*