IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANE D. MOSLEY, SR,

    Plaintiff,

v.

VICTOR CONTE,

    Defendant.

No. C 08-01777 JSW

**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SHORTEN DEADLINES**

Now before the Court is Plaintiff Shane D. Mosley, Sr.'s administrative motion to shorten deadlines set forth in the order setting initial case management conference and for expedited discovery. The Court HEREBY ORDERS as follows:

- initial case management conference shall occur on May 30, 2008 at 1:30 p.m.;
- last day to meet and confer for, *inter alia*, initial disclosures, ADR process selection and to set a discovery plan is May 14, 2008;
- last day to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report is May 21, 2008;
- last day to file a joint case management statement is May 23, 2008;
- last day for Defendant to file an opposition to the motion to expedite the trial, not to exceed 10 pages, is May 16, 2008;
- last day for Plaintiff to file a reply, not to exceed 5 pages, is May 23, 2008.

The parties are permitted to serve discovery demands and proceed with discovery prior to the initial case management conference.

Further, at the case management conference on May 30, 2008 at 1:30 p.m., the parties should be prepared to address whether the Court should expedite the trial and, if so, a proposed trial and pretrial schedule.

**IT IS SO ORDERED.**

Dated: May 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE