UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANE D. MOSLEY, SR.

    Plaintiff,

v.

VICTOR CONTE

    Defendant.

No. C 08-Civ-1777 (JSW)

**NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]**

**ADR CERTIFICATION**

The parties either:

☑ have not yet reached an agreement to an ADR process, or

☐ have tentatively agreed to a settlement conference before a magistrate judge.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

**Last day to file Joint Case Management Statement:** 5/23/08

**Date of Initial Case Management Conference:** 5/30/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | Fax No. |
|---|---|---|---|
| Judd Burstein, Esq. | Plaintiff | 212-974-2400 | 212-974-2944 |
| Ivo Michael Labar, Esq. | Defendant | 415-371-8500 | 415-371-0500 |

*(For additional participants, please attach a separate sheet with the above information.)*

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

*For court use only:*

**ADR Phone Conference Date:** _____  **Time:** _____ **AM/PM**

For scheduling concerns, call 415-522-2199.

Date: _____

_____
**ADR Case Administrator**

**NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION**

Rev. 5/00

1

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 5/19/08          SHANE D. MOSLEY, SR. /s/ Shane D. Mosley Sr.
                        [Typed name and signature of plaintiff]

Dated: 5/19/08          JUDD BURSTEIN, ESQ. /s/
                        [Typed name and signature of counsel for plaintiff]

Dated: _____          VICTOR CONTE
                        [Typed name and signature of defendant]

Dated: _____          IVO MICHAEL LABAR, ESQ.
                        [Typed name and signature of counsel for defendant]

NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION

Rev. 5/00

2

KERR & WAGSTAFFE LLP    Fax:4153710500         May 19 2008  9:17    P. 03
Mar 29 01 11:13p    Victor Conte                (650) 345-3389        p.3
                                                                      p.2

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____     SHANE D. MOSLEY, SR.
                         [Typed name and signature of plaintiff]

Dated: _____     JUDD BURSTEIN, ESQ.
                         [Typed name and signature of counsel for plaintiff]

Dated: 5-16-08           VICTOR CONTE
                         [Typed name and signature of defendant]

Dated: 5-16-08           IVO MICHAEL LABAR, ESQ.
                         [Typed name and signature of counsel for defendant]

NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION

2

Rev. 5/01