1  JAMES M. WAGSTAFFE (95535)
   IVO LABAR (203492)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendant
   VICTOR CONTE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SHANE D. MOSLEY, SR., | Case No. C 08-01777 JSW |
|---|---|
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| VICTOR CONTE, | |
| Defendant. | |

CASE NO. C 08-01777 JSW       CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4  DATED: May 30, 2008                    Respectfully submitted,

5                                          **KERR & WAGSTAFFE LLP**

6

7                                  By _____s/ James M. Wagstaffe_____
                                       JAMES WAGSTAFFE
8                                      IVO LABAR

9                                      Attorneys for Defendant
                                       VICTOR CONTE
10

Case No. C 08-01777 JSW                                1
                                       CERTIFICATE OF INTERESTED ENTITIES OR PERSONS