# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**         **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 30, 2008         **Court Reporter**: Kathy Powell

**CASE NO. C-08-1777 JSW**

**TITLE:** Shane D. Mosley, Sr., v. Victor Conte

**COUNSEL FOR PLAINTIFF:**         **COUNSEL FOR DEFENDANT:**

Judd Burstein         James Wagstaffe

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-6-08.

Motion to Expedite: Denied

Counsel shall meet and confer and submit a joint proposed discovery schedule by 6-6-08. Once reviewed, the Court will schedule a further Case Management Conference.

Counsel shall file a joint statement re: diversity by 6-13-08

Defendant's shall file their anti slap motion **May 30, 2008** and the hearing will be held on 8-22-08 at 9:00 a.m.

ADR: the parties are referred to Early Neutral Evaluation, which shall be completed by 8-28-08.