IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANE D. MOSLEY, SR,

    Plaintiff,

No. C 08-01777 JSW

v.

VICTOR CONTE,

    Defendant.

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE**

This matter is set for a hearing on August 22, 2008 on Defendant Victor Conte's motion to strike the complaint pursuant to California's anti-SLAPP statute. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 16, 2008 and a reply brief shall be filed by no later than June 23, 2008

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE