UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE D. MOSLEY, SR., <br><br> *Plaintiff,* <br><br> vs. <br><br> VICTOR CONTE, <br><br> *Defendant.* | Case No. 08-Civ-1777 (JSW) <br><br> **REASSIGNMENT STATEMENT** |

The Parties to the above-entitled action jointly submit this Reassignment Statement pursuant to the May 30, 2008 Case Management Conference and the resulting Civil Minute Order.

**REASSIGNMENT STATEMENT**

Counsel for both Plaintiff and Defendant have conferred with their respective clients and neither Plaintiff nor Defendant consents to assignment of this case to a United States Magistrate Judge for all purposes.

Dated: June 5, 2008

_____
Judd Burstein, counsel for Plaintiff

Dated: June 5, 2008

_____
Holly Hogan, counsel for Defendant

REASSIGNMENT STATEMENT

1