UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE D. MOSLEY, SR., <br>     *Plaintiff,* <br> vs. <br> VICTOR CONTE, <br>     *Defendant.* | Case No. 08-Civ-1777 (JSW) <br><br> **JOINT PROPOSED DISCOVERY SCHEDULE** |

The Parties to the above-entitled action jointly submit this Joint Proposed Discovery Schedule and Proposed Order and request the Court to adopt it as its Discovery Schedule in this case.

**DISCOVERY**

In accordance with the May 30, 2008 Case Management Conference and the resulting Civil Minute Order, the parties propose the following discovery schedule:

    (i)    Discovery cut-off date of October 15, 2008;

    (ii)    Joinder of additional parties be accomplished by no later than June 16, 2008;

    (iii)    Expert reports, if any, be exchanged by September 8, 2008;

    (iv)    Rebuttal expert reports responding to issues raised in the initial reports, if any, shall be exchanged by September 22, 2008;

    (v)    Expert depositions be accomplished by no later than October 15, 2008; and

**JOINT PROPOSED DISCOVERY SCHEDULE AND PROPOSED ORDER**

1

    (vi) Dispositive motions, if any, be filed no later than November 3, 2008.

Dated: June 5, 2008

_____
Judd Burstein, counsel for Plaintiff

Dated: June 5, 2008

_____
Helly Hogan, counsel for Defendant

## DISCOVERY SCHEDULE ORDER

  The Joint Proposed Discovery Schedule is hereby adopted by the Court as the Discovery Scheduling Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:_____   _____
                  UNITED STATES DISTRICT JUDGE

JOINT PROPOSED DISCOVERY SCHEDULE AND PROPOSED ORDER