1  JAMES M. WAGSTAFFE (95535)
   IVO LABAR (203492)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendant
   VICTOR CONTE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE D. MOSLEY, SR., | Case No. C 08-01777 JSW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| VICTOR CONTE, | HON. JEFFREY S. WHITE |
| Defendant. | |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE THAT Defendant Victor Conte hereby designates the

3   following attorney as lead counsel in this action:

4   James M. Wagstaffe (95535)
    Kerr & Wagstaffe LLP
5   100 Spear Street
    Suite 1800
6   San Francisco, CA 94105
    Tel: (415) 371-8500
7   Fax: (415) 371-0500

8

9   DATED: June 6, 2008          **KERR & WAGSTAFFE LLP**

10                        By _____s/_____
11                           JAMES M. WAGSTAFFE

12                           Attorneys for Defendant
                             VICTOR CONTE

– 1 –

CASE NO. C 08-01777 JSW                              NOTICE OF APPEARANCE