JAMES M. WAGSTAFFE (95535)
IVO LABAR (203492)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
VICTOR CONTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE D. MOSLEY, SR., <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR CONTE, <br><br> Defendant. | Case No. C 08-01777 JSW <br><br> **JOINT STATEMENT RE: EXISTENCE OF DIVERSITY SUBJECT MATTER JURISDICTION** <br><br><br> HON. JEFFREY S. WHITE |

In compliance with the Court's May 30, 2008 Order, the parties submit this joint statement regarding the existence of diversity subject matter jurisdiction pursuant to 28 U.S.C. section 1332.

### A. PLAINTIFF'S POSITION

Plaintiff contends that subject matter jurisdiction exists in this case pursuant to 28 U.S.C. § 1332 as Plaintiff is domiciled in the State of Nevada and Defendant, upon information and belief, is domiciled in the State of California.

### B. DEFENDANT'S POSITION

Defendant believes that, in light of Plaintiff's ownership of California-based assets and other evidence indicating California domicile, there is a substantial question regarding Plaintiff's domiciliary intent. Defendant has set Plaintiff's deposition for June 25, 2008 and propounded a Rule 34 request for inspection for documents related to Plaintiff's domicile. Following the completion of this discovery, Defendant will determine whether a motion to dismiss for lack of subject matter jurisdiction lies.

DATED: June 10, 2008

JUDD BURSTEIN, P.C.

By _____
JUDD BURSTEIN

Attorneys for Plaintiff
Shane D. Mosley, Sr.

DATED: June 10, 2008

KERR & WAGSTAFFE LLP

By _____
IVO LABAR

Attorneys for Defendant
Victor Conte

CASE NO. C 08-01777 JSW                            1                            JOINT STATEMENT RE: EXISTENCE OF DIVERSITY
                                                                                SUBJECT MATTER JURISDICTION