# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mosley, | 08-01777 JSW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Conte, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Robert M. Chilvers**
Chilvers & Taylor, PC
83 Vista Marin Drive
San Rafael, CA 94903
415-444-0875
chilvers-law@comcast.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-01777 JSW ENE                          - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: June 16, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Alice M. Fiel


                                    _____
                                    ADR Case Administrator
                                    415-522-3148
                                    Alice_Fiel@cand.uscourts.gov
```

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-01777 JSW ENE                         - 2 -