1  Kim O. Dincel, Esq. (SBN 131563)
   Long & Levit LLP
2  465 California Street 5th Floor
   San Francisco, California 94104
3  Tel (415) 397-2222 Fax (415) 397-6392
   E-mail kdincel@longlevit.com
4
   JUDD BURSTEIN, P.C.
5  Judd Burstein, Esq. (admitted *pro hac vice*)
   Jeremy M. Attie, Esq. (admitted *pro hac vice*)
6  1790 Broadway, Suite 1501
   New York, New York 10019
7  Tel (212) 974-2400 Fax (212) 974-2944
   E-mail jburstein@burlaw.com
8  E-mail jattie@burlaw.com

9  *Attorneys for Plaintiff,*
   SHANE D. MOSLEY, SR.
10

11                    UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15

16  SHANE D. MOSLEY, SR.,              )    Case No.  08-Civ-1777 (JSW)
                                       )
17        *Plaintiff,*                 )    **[PROPOSED]  ORDER  DENYING
                                       )    DEFENDANT'S MOTION TO STRIKE
18        vs.                          )    THE COMPLAINT PURSUANT TO CAL.
                                       )    CODE  CIV.  PROC.  §  425.16  AND
19  VICTOR CONTE,                      )    GRANTING,  PURSUANT  TO  CAL.
                                       )    CODE   CIV.   PROC.   §   425.16(c),
20        *Defendant.*                 )    PLAINTIFF'S  CROSS-MOTION  FOR
                                       )    ATTORNEYS'   FEES   AND   COSTS
21                                     )    ASSOCIATED WITH RESPONDING TO
                                       )    DEFENDANT'S MOTION**
22

23  _____

24        WHEREAS, defendant Victor Conte's ("Conte" or "Defendant") application for an Order

25  pursuant to Cal. Code Civ. Proc. § 425.16 to strike the complaint, came on for hearing before this

    Court on August 22, 2008.
26

27

28

1   WHEREAS, plaintiff Shane D. Mosley, Sr.'s ("Mosley" or "Plaintiff"), cross-motion seeking

2   the costs and attorneys' fees incurred in responding to Conte's motion to strike, came on for hearing

3   before this Court on August 22, 2008.

4   WHEREAS, Judd Burstein, Esq., and Kim O. Dincel, Esq., appeared on behalf of Plaintiff,

5   and Ivo Labar, Esq., appeared on behalf of Defendant.

6   NOW, having read the motion, the points and authorities, and the declarations filed by the

7   parties, and having heard argument of counsel, and satisfactory evidence having been presented:

8   IT IS ORDERED THAT the Defendant's motion to strike the complaint pursuant to Cal.

9   Code Civ. Proc. § 425.16 is DENIED.

10   IT IS FURTHER ORDERED THAT Plaintiff's motion pursuant to Cal. Code Civ. Proc. §

11   425.16(c) for the award of costs and attorneys' fees incurred in responding to Defendant's motion

12   to strike is GRANTED.  Plaintiff shall be awarded $_____ with interest.

13   IT IS SO ORDERED.

15   Dated: _____, 2008

17

18   _____
    Hon. Jeffrey S. White

-2-