Kim O. Dincel, Esq. (SBN 131563)
Long & Levit LLP
465 California Street 5th Floor
San Francisco, California 94104
Tel (415) 397-2222 Fax (415) 397-6392
E-mail kdincel@longlevit.com

JUDD BURSTEIN, P.C.
Judd Burstein, Esq. (admitted *pro hac vice*)
Jeremy M. Attie, Esq. (admitted *pro hac vice*)
1790 Broadway, Suite 1501
New York, New York 10019
Tel (212) 974-2400 Fax (212) 974-2944
E-mail jburstein@burlaw.com
E-mail jattie@burlaw.com

*Attorneys for Plaintiff,*
SHANE D. MOSLEY, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| SHANE D. MOSLEY, SR., | ) | Case No.  08-Civ-1777 (JSW) |
| *Plaintiff,* | ) | **NOTICE OF CROSS-MOTION** |
| vs. | ) | |
| VICTOR CONTE, | ) | |
| *Defendant.* | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon the annexed: (a) Declaration of Judd Burstein, dated

June 16, 2008, and the annexed Exhibits; (b) Declaration of Plaintiff Shane D. Mosley, Sr., dated

June 16, 2008, and the annexed Exhibit; and (c) Plaintiff's Memorandum of Points and Authorities

dated June 16, 2008, Plaintiff will move this Court, before the Honorable Jeffrey S. White, U.S.D.J.,

in the United States Courthouse, Northern District of California, 450 Golden Gate Avenue, San

Francisco, California, 94102, on August 22, 2008, at 9:00 o'clock in the forenoon: (i) pursuant to

Cal. Code Civ. Proc. § 425.16(c), seeking the costs and attorneys' fees associated with opposing

1   defendant Victor Conte's frivolous motion to strike the complaint pursuant to Cal. Code Civ. Proc.

2   § 425.16; with (ii) such other and further relief as this Court deems just and proper.

3   Dated: New York, New York

4          June 16, 2008

                         JUDD BURSTEIN, P.C.

6                        By_____

                            Judd Burstein

7                        1790 Broadway, Suite 1501

                       New York, New York 10019

8                        Tel (212) 974-2400

                       Fax (212) 974-2944

                       E-mail jburstein@burlaw.com

                       LONG & LEVIT LLP

10                       Kim O. Dincel, Esq. (SBN 131563)

                       465 California Street 5th Floor

11                       San Francisco, California 94104

                       Tel (415) 397-2222

12                       Fax (415) 397-6392

                       E-mail kdincel@longlevit.com

14   TO:     Ivo Michael Labar, Esq.

           Kerr & Wagstaffe LLP

15          100 Spear Street, Suite 1800

           San Francisco, CA 94105

16          Tel: (415) 371-8500

           E-mail: labar@kerrwagstaffe.com

17          *Attorneys for Defendant Victor Conte*