Case 3:08-cv-01777-JSW    Document 59    Filed 06/19/2008    Page 1 of 2
KERR & WAGSTAFFE LLP    Fax:4153710500    Jun 19 2008 10:43    P.02


# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE D. MOSLEY, SR., <br> *Plaintiff,* <br> vs. <br> VICTOR CONTE, <br> *Defendant.* | Case No. 08-Civ-1777 (JSW) <br><br> **AMENDED JOINT PROPOSED DISCOVERY SCHEDULE** |

The Parties to the above-entitled action jointly submit this Amended Joint Proposed Discovery Schedule and Proposed Order and request the Court to adopt it as its Discovery Schedule in this case.

Plaintiff Shane D. Mosley, Sr. ("Plaintiff") submits that good cause exists to modify the Discovery Schedule, which was So Ordered by this Court on June 6, 2008 ("June 6 Discovery Schedule"), as Plaintiff is currently scheduled to participate in a boxing match in October 2008. Due to his preparation schedule, Plaintiff respectfully contends that it will be difficult to complete discovery in this case by the October 15 deadline. Defendant Victor Conte ("Defendant") has consented to Plaintiff's request to modify the June 6 Discovery Schedule as follows.

**AMENDED JOINT PROPOSED DISCOVERY SCHEDULE AND PROPOSED ORDER**

1

## DISCOVERY

(i) Discovery cut-off date of February 13, 2008;

(ii) Expert reports, if any, be exchanged by January 6, 2008;

(iii) Rebuttal expert reports responding to issues raised in the initial reports, if any, shall be exchanged by January 20, 2008;

(iv) Expert depositions be accomplished by no later than February 13, 2008; and

(v) Dispositive motions, if any, be filed no later than March 2, 2008.

Dated: June 19, 2008

_____
Judd Burstein, counsel for Plaintiff

Dated: June 19, 2008

_____
Ivo Labar, counsel for Defendant

## DISCOVERY SCHEDULE ORDER

The Amended Joint Proposed Discovery Schedule is hereby adopted by the Court as the Discovery Scheduling Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:_____

_____
UNITED STATES DISTRICT JUDGE

AMENDED JOINT PROPOSED DISCOVERY SCHEDULE AND PROPOSED ORDER

2