1  JAMES M. WAGSTAFFE (95535)
   IVO LABAR (203492)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendant
   VICTOR CONTE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SHANE D. MOSLEY, SR., | Case No. C 08-01777 JSW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STRIKE COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE [C.C.P. §425.16] STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION ("SLAPP")** |
| vs. | |
| VICTOR CONTE, | |
| Defendant. | |
| | HON. JEFFREY S. WHITE |

CASE NO. C 08-01777 JSW                    [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE

On June 2, 2008, the Court issued an Order Setting Briefing Schedule on Plaintiff's Motion to Strike. The Court ordered that the Plaintiff's Opposition Brief be filed no later than June 16, 2008 and Defendant's Reply Brief be filed no later than June 23, 2008.

Since that scheduling order the parties have been focused on efforts to resolve subject matter jurisdiction issues. The parties submit that good cause exists to modify the briefing schedule so that the parties can continue to focus their efforts on resolving these issues.

Accordingly, the parties respectfully request that the Court modify the scheduling order as follows:

- Defendant's Reply Brief may be filed no later than June 30, 2008.

**APPROVED AS TO FORM:**

DATED: June 20, 2008

**KERR & WAGSTAFFE LLP**

By _____
IVO LABAR

Attorneys for Defendant
Victor Conte

DATED: June 20, 2008

By _____
JUDD BURSTEIN

Attorneys for Plaintiff
Shane Mosley

**ORDER**

The parties proposed modified briefing schedule on the motion to strike is hereby adopted as the Order of the Court.

**IT IS SO ORDERED.**

DATED: June ___, 2008.

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT