JAMES M. WAGSTAFFE (95535)
IVO LABAR (203492)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
VICTOR CONTE

*FILED*

JUN 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE D. MOSLEY, SR., <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR CONTE, <br><br> Defendant. | Case No. C 08-01777 JSW <br><br> [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STRIKE COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE [C.C.P. §425.16] STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION ("SLAPP") <br><br><br> HON. JEFFREY S. WHITE |

Case 3:08-cv-01777-JSW    Document 62    Filed 06/20/2008    Page 2 of 2

1    On June 2, 2008, the Court issued an Order Setting Briefing Schedule on Plaintiff's

2    Motion to Strike. The Court ordered that the Plaintiff's Opposition Brief be filed no later than

3    June 16, 2008 and Defendant's Reply Brief be filed no later than June 23, 2008.

4    Since that scheduling order the parties have been focused on efforts to resolve subject

5    matter jurisdiction issues. The parties submit that good cause exists to modify the briefing

6    schedule so that the parties can continue to focus their efforts on resolving these issues.

7    Accordingly, the parties respectfully request that the Court modify the scheduling order

8    as follows:

9    • Defendant's Reply Brief may be filed no later than June 30, 2008.

10    **APPROVED AS TO FORM:**

11    DATED: June 20, 2008

12                                    **KERR & WAGSTAFFE LLP**

13

14                            By _____
                                    IVO LABAR

15

16                            Attorneys for Defendant
                                    Victor Conte

17    DATED: June 20, 2008        By _____
                                    JUDD BURSTEIN
18

19                            Attorneys for Plaintiff
                                    Shane Mosley
20

21

22                                    **ORDER**

23    The parties proposed modified briefing schedule on the motion to strike is hereby

24    adopted as the Order of the Court.

25    **IT IS SO ORDERED.**

26

27    DATED: June 23, 2008.        _____
                                    HON. JEFFREY S. WHITE
28                                    U.S. DISTRICT COURT

KERR
WAGSTAFFE
LLP

CASE NO. C 08-01777-JSW                [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE