1  Kim O. Dincel, Esq. (SBN 131563)
   Long & Levit LLP
2  465 California Street 5th Floor
   San Francisco, California 94104
3  Tel (415) 397-2222 Fax (415) 397-6392
   E-mail kdincel@longlevit.com
4
   JUDD BURSTEIN, P.C.
5  Judd Burstein, Esq. (admitted *pro hac vice*)
   Jeremy M. Attie, Esq. (admitted *pro hac vice*)
6  1790 Broadway, Suite 1501
   New York, New York 10019
7  Tel (212) 974-2400 Fax (212) 974-2944
   E-mail jburstein@burlaw.com
8  E-mail jattie@burlaw.com

9  *Attorneys for Plaintiff,*
   SHANE D. MOSLEY, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE D. MOSLEY, SR., | Case No. 08-Civ-1777 (JSW) |
| *Plaintiff,* | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| VICTOR CONTE, | |
| *Defendant.* | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
1

1  **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SHANE D. MOSLEY, SR. hereby dismisses all claims without prejudice and without costs and disbursements.

Dated: New York, New York
       August 5, 2008

           JUDD BURSTEIN, P.C.

           By: _____
              Judd Burstein, Esq.
           1790 Broadway, Suite 1501
           New York, New York 10019
           Tel.:   (212) 974-2400
           Fax:    (212) 974-2944

           AND

           LONG & LEVIT LLP
           Kim Dincel, Esq. (SBN 131563)
           465 California Street, 5th Floor
           San Francisco, California 94104
           Tel.:   (415) 397-2222
           Fax:    (415) 397-6392

*Attorneys for Plaintiff Shane D. Mosley, Sr.*