Kim O. Dincel, Esq. (SBN 131563)
Long & Levit LLP
465 California Street 5th Floor
San Francisco, California 94104
Tel (415) 397-2222 Fax (415) 397-6392
E-mail kdincel@longlevit.com

JUDD BURSTEIN, P.C.
Judd Burstein, Esq. (admitted *pro hac vice*)
Jeremy M. Attie, Esq. (admitted *pro hac vice*)
1790 Broadway, Suite 1501
New York, New York 10019
Tel (212) 974-2400 Fax (212) 974-2944
E-mail jburstein@burlaw.com
E-mail jattie@burlaw.com

*Attorneys for Plaintiff,*
SHANE D. MOSLEY, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE D. MOSLEY, SR., <br><br> *Plaintiff,* <br><br> vs. <br><br> VICTOR CONTE, <br><br> *Defendant.* | Case No. 08-Civ-1777 (JSW) <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SHANE D. MOSLEY, SR. hereby dismisses all claims without prejudice and without costs and disbursements.

Dated: New York, New York
       August 5, 2008

JUDD BURSTEIN, P.C.

By: _____
   Judd Burstein, Esq.
   1790 Broadway, Suite 1501
   New York, New York 10019
   Tel.:  (212) 974-2400
   Fax:   (212) 974-2944

AND

LONG & LEVIT LLP
Kim Dincel, Esq. (SBN 131563)
465 California Street, 5th Floor
San Francisco, California 94104
Tel.:  (415) 397-2222
Fax:   (415) 397-6392

*Attorneys for Plaintiff Shane D. Mosley, Sr.*

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
2