IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANE D. MOSLEY, SR,

    Plaintiff,

v.

VICTOR CONTE,

    Defendant.
_____/

No. C 08-01777 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, Defendant's motion for award of attorneys' fees and sanctions is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date of December 19, 2008 is therefore VACATED. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: September 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:: Wings Hom