1  Kim O. Dincel, Esq. (SBN 131563)
   Long & Levit LLP
2  465 California Street 5th Floor
3  San Francisco, California 94104
   Tel (415) 397-2222 Fax (415) 397-6392
4  E-mail kdincel@longlevit.com

5
   JUDD BURSTEIN, P.C.
6  Judd Burstein (JB-9585; admitted *pro hac vice*)
   Jeremy M. Attie (JA-0561; admitted *pro hac vice*)
7  1790 Broadway, Suite 1501
   New York, New York 10019
8  Tel (212) 974-2400 Fax (212) 974-2944
9  E-mail jburstein@burlaw.com
   E-mail jattie@burlaw.com
10

11 *Attorneys for Plaintiff,*
   SHANE D. MOSLEY, SR.
12

13                  UNITED STATES DISTRICT COURT
14              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                      SAN FRANCISCO DIVISION

16 SHANE D. MOSLEY, SR.,                )
17                                      )  08-Civ-1777 (JSW)
              *Plaintiff,*              )
18                                      )  NOTICE OF MOTION
       vs.                              )
19                                      )  Date:   December 26, 2008
   VICTOR CONTE,                        )  Time:   9:00 a.m.
20                                      )  Courtroom: 2, 17th Floor
              *Defendant.*              )
21                                      )  Hon. Jeffrey S. White
22                                      )
23                                      )
24                                      )
25                                      )
26                                      )
27
28

---
NOTICE OF MOTION

- 0 -

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that upon the annexed: (a) Declaration of Judd Burstein, Esq., dated September 2, 2008, and the annexed exhibits, and (b) Plaintiff's Memorandum of Points and Authorities, dated September 2, 2008, Plaintiff will move this Court, before the Honorable Jeffrey S. White, U.S.D.J., in the United States Courthouse, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, on December 26, 2008, at 9:00 o'clock in the forenoon: (i) pursuant to 18 U.S.C. § 1927, for sanctions against Defendant Victor Conte's counsel; together with (ii) such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 3, 2008

JUDD BURSTEIN, P.C.

By_____
Judd Burstein
1790 Broadway, Suite 1501
New York, New York 10019
Tel (212) 974-2400
Fax (212) 974-2944
E-mail jburstein@burlaw.com

LONG & LEVIT LLP
Kim O. Dincel, Esq. (SBN 131563)
465 California Street 5th Floor
San Francisco, California 94104
Tel (415) 397-2222
Fax (415) 397-6392
E-mail kdincel@longlevit.com

TO: Ivo Michael Labar, Esq.
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-8500
E-mail: labar@kerrwagstaffe.com
*Attorneys for Defendant Victor Conte*

---

NOTICE OF MOTION

- 1 -