Kim O. Dincel, Esq. (SBN 131563)
Long & Levit LLP
465 California Street 5th Floor
San Francisco, California 94104
Tel (415) 397-2222 Fax (415) 397-6392
E-mail kdincel@longlevit.com

JUDD BURSTEIN, P.C.
Judd Burstein (JB-9585; admitted *pro hac vice*)
Jeremy M. Attie (JA-0561; admitted *pro hac vice*)
1790 Broadway, Suite 1501
New York, New York 10019
Tel (212) 974-2400 Fax (212) 974-2944
E-mail jburstein@burlaw.com
E-mail jattie@burlaw.com

*Attorneys for Plaintiff,*
SHANE D. MOSLEY, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE D. MOSLEY, SR.,<br><br>*Plaintiff,*<br><br>vs.<br><br>VICTOR CONTE,<br><br>*Defendant.* | 08-Civ-1777 (JSW)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 |

WHEREAS, Plaintiff Shane D. Mosley, Sr.'s application for an Order for sanctions pursuant to 28 U.S.C. § 1927 came on for hearing before this Court on December 26, 2008;

WHEREAS Judd Burstein, Esq. and Kim O. Dincel, Esq., appeared on behalf of Plaintiff, and Ivo Labar, Esq., appeared on behalf of Defendant Victor Conte;

NOW, having read the motion, the points and authorities, and the declarations filed by the parties, and having heard argument of counsel, and satisfactory evidence having been presented:

IT IS ORDERED THAT the Plaintiff's motion for sanctions pursuant to 28 U.S.C. § 1927 is GRANTED.

Dated: _____, 2008

                                                                              _____
                                                                              Hon. Jeffrey S. White

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927