IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANE D. MOSLEY, SR,

    Plaintiff,                                    No. C 08-01777 JSW

  v.

VICTOR CONTE,                                  **ORDER OF REFERRAL**

    Defendant.
_____/

    Pursuant to Local Rule 72-1, Defendant's motion for sanctions is HEREBY REFERRED to Magistrate Judge James Larson to prepare a report and recommendation. The hearing date of December 26, 2008 is therefore VACATED. The parties will be advised of the date, time and place of appearance by notice from Magistrate Judge Larson.

**IT IS SO ORDERED.**

Dated: September 3, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:: Wings Hom