

# KERR & WAGSTAFFE LLP
### ATTORNEYS

100 Spear Street, Suite 1800
San Francisco, California 94105

Telephone (415) 371-8500
Facsimile (415) 371-0500
www.kerrwagstaffe.com

Ivo Labar
E-Mail: labar@kerrwagstaffe.com

November 12, 2008

**Via ECF and FedEx**

Hon. James Larson
United States Chief Magistrate Judge
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

      **Re:** *Shane Mosley v. Victor Conte*
           Case No. C 08-01777 JSW

Dear Judge Larson:

    We are writing in response to Mr. Burstein's letter of November 10th. Defendant has no objection to Plaintiff appearing by phone. We also write to confirm that both Defendant's motion for sanctions under the Court's inherent authority and/or attorneys' fees pursuant to Anti-SLAPP motion, filed on August 29, 2008, and Plaintiff's motion for sanctions pursuant to 28 USC section 1927, filed on September 3, 2008, are both set for hearing before your honor on December 17, 2008.

                               Very truly yours,

                               Ivo Labar

cc: Judd Burstein (via email)

IL | srs | 36253             11/13/08

*IT IS SO ORDERED*
Judge James Larson
United States District Court, Northern District of California [seal]