United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shane D. Mosley, Sr., | No. C 08-1777 JSW (JL) |
|     Plaintiff, | |
|     v. | **NOTICE** |
| Victor Conte, | |
|     Defendant. _____/ | |

You are hereby notified that the hearing in the parties' cross-motions for sanctions (Docket Number 67 and 76), set for December 17, 2008, is hereby continued to January 14, 2009 at 9:30 a.m.

IT IS SO ORDERED.

DATED: November 24, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\08-1777\Continue 67 and 76.wpd