UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shane D. Mosley, Sr.,            No. C 08-1777 JSW (JL)

       Plaintiff,

  v.                               **BRIEFING ORDER**

Victor Conte,

       Defendant.

_____/

       This Court has received a referral from the district court (Hon. Jeffrey S. White) for a Report and Recommendation on Defendant's motion to strike Plaintiff's complaint pursuant to California's Anti-SLAPP statute, California Code of Civil Procedure §425.16. (Docket # 40). This motion was fully briefed before the district court. This referral is in concert with the earlier referral of the parties' cross-motions for sanctions at Docket #s 67 and 76.

       Plaintiff at the hearing on the motions for sanctions requested an opportunity to submit additional briefing on the motion to strike. Accordingly, this Court hereby grants Plaintiff's request. Within two weeks of the issuance of this order, Plaintiff may submit additional briefing on the motion to strike. Defendant may respond within two weeks and the matter will be submitted. The Court will notify counsel if there is a need for further hearing. Otherwise, the matter will be submitted on the pleadings.

IT IS SO ORDERED.

DATED: January 26, 2009

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\08-1777\Order-brief-40.wpd