JAMES M. WAGSTAFFE (95535)
IVO LABAR (203492)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
VICTOR CONTE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE D. MOSLEY, SR., <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR CONTE, <br><br> Defendant. | Case No. C 08-01777 JSW (JL) <br><br> [~~PROPSED~~] **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR A SEALING ORDER** <br><br><br> HON. JAMES LARSON |

## ORDER GRANTING ADMINSTRATIVE MOTION TO SEAL

Good cause appearing, the Court orders that Defendant's Administrative Motion for a Sealing Order is GRANTED.

The Clerk of the Court shall remove from the public record: (1) selected portions from pages 4-10 and page 14 of the Supplemental Brief in Support of Defendant's Motion to Strike and (2) Exhibit A to the Supplemental Declaration of Ivo Labar In Support of Defendant's Motion to Strike, from the public record.

Defendant shall lodge these documents with the Clerk in accordance with the procedures set forth in Local Rule 79-5.

**IT IS SO ORDERED.**

DATED: 2/26/09

_____
Hon. James Larson

– 1 –

C 08-01777 JSW (JL)     [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR A SEALING ORDER